

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

January 31, 2022

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re:  *Tavarez-Vargas v. Bombay and Cedar, LLC.*; Case No. 1:21-cv-09861-LJL

Dear Judge Liman:

  We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 7, 2022, at 11:00 a.m. The parties request this adjournment since Defendant's answer was due January 31, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Bombay and Cedar, LLC,* and to file an Motion for Default Judgment in accordance with the Court's individual rules.

  Thank you for your consideration in this matter.

        Respectfully submitted,
        */s/ Edward Y. Kroub*
        EDWARD Y. KROUB

cc:  All Counsel of Record (via ECF)

  Plaintiff's request is GRANTED.  The initial pre-trial conference currently scheduled for February 7, 2022 is rescheduled to March 4, 2022 at 10:00 a.m.  If the defendant does not appear by that date, the Plaintiff will have leave to file a motion for default judgment.

  Plaintiff is directed to mail a copy of this order to Defendant by any means she has previously communicated with Defendant.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

2/1/2022