UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARMEN TAVAREZ-VARGAS, *individually, and on* :
*behalf of all others similarly situated*, :
:
                    Plaintiff, :        21-cv-9861 (LJL)
:
     -v- :        ORDER
:
BOMBAY AND CEDAR, LLC, :
:
                    Defendant. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2022

LEWIS J. LIMAN, United States District Judge:

      Defendant has not yet appeared in this action.  Plaintiff has represented that, if the Defendant had not appeared by March 4, 2022, it would obtain a Certificate of Default and move for a default judgment.  *Dee* Dkt. No. 9.  Plaintiff has not yet obtained a Certificate of Default or moved for a default judgment.

      It is hereby ORDERED that, if Plaintiff still wishes to move for a default judgment, it shall do so by May 20, 2022.

      SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge